IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.   Criminal Action No. 14-CR-00185

SANDRA JALOWIEC,
DEFENDANT(S)

### VICTIM DISCLOSURE STATEMENT PURSUANT TO
Fed. R. Cr. P. 12.4(a)(2)

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure Blue Cross of Northeastern PA, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The victim is a non-governmental corporate entity.

   yes

2. List below any parent corporation or state that there is no such corporation:

   Hospital Services Association d/b/a Blue Cross of Northeastern Pennsylvania

3. List below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   N/A

The undersigned understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Date: 9/2/14

Signature: Rose Marie Murray